March 20, 1969

Commonwealth *v.* Davis, Appellant.

Before SHUG-
HART, P. J.

Submitted December 9, 1968.
*George E. Hoffer,* Public Defender, for appellant; *Harold E. Sheely,* District Attorney, for Commonwealth,
appellee.

Order affirmed.

Weiss et ux. *v.* Zerman Realty and Construction
Co., Inc. et al.

Submitted December 12, 1968. *Ernest R. Zerman,* appellant, in propria
persona; no argument was made nor brief submitted
for appellee.

Order affirmed.